Arthur A. SCHAREIN, Petitioner,

v.

DEPARTMENT OF THE ARMY, Respondent.

No. 02–3270.

United States Court of Appeals, Federal Circuit.

Aug. 1, 2002.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.